**JUDGE KRAM**

**07 CIV 6100**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RHOBAR, INC., RHOBAR DEVELOPMENT
ASSOCIATES, LLC., ACKERLY ASSOCIATES, LLC.,
SILVER HUNTINGTON ENTERPRISES, LLC., and
SILVER HUNTINGTON REALTY, LLC.,

                                      Plaintiffs

-v-

HOWARD SILVER, 2 ON THE AISLE, INC.,
DAVID A. KAMINSKY & ASSOCIATES, P.C.,
MARTIN G. DOBIN, ESQ., a/k/a JERRY DOBIN, ESQ.,
and ELLIOT J. HURDY,         Defendants.

---

Case No.

Rule 7.1 Statement

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___Plaintiffs___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE



Date: 6/22/07

_____
Signature of Attorney

Attorney Bar Code: CG 2229