## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NEW YORK   )

Woodrow Chen, being duly sworn, deposes and says that:

1. I am not a party to this action, am over 18 years of age, and reside in the County of Queens, State of New York.

2. On July 26, 2007, I served the within **NOTICE OF APPEARANCE, ANSWER TO COMPLAINT UNDER THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT WITH AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** by first-class mail, by depositing a true copy thereof, in a post-paid sealed wrapper, properly addressed, to the address below, in a post office's official depository, under exclusive care and custody of the United States Postal Service.

McDONOUGH & ARTZ, P.C.
Attorneys for Plaintiffs
117 Hawley Street
P. O. Box 1740
Binghamton, NY 13902

_____
WOODROW CHEN

Sworn to before me this
26th Day of July 2007

_____
NOTARY PUBLIC

JAMES ENGLISH
Notary Public, State of New York
No. 02EN6113341
Qualified in Queens County
Commission Expires 07/26/20__