UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RHOBAR, INC., RHOBAR DEVELOPMENT
ASSOCIATES, LLC., ACKERLY ASSOCIATES,
LLC., SILVER HUNTINGTON ENTERPRISES,
LLC., and SILVER HUNTINGTON REALTY, LLC.,

**REPLY AND ANSWER TO
THE ANSWER WITH
COUNTERCLAIMS**

Plaintiffs,

Case No.: 07 CIV 6100

-against-

HOWARD SILVER, 2 ON THE AISLE, INC.,
DAVID A. KAMINSKY & ASSOCIATES, P.C.,
MARTIN G. DOBIN, ESQ., a/k/a JERRY DOBIN,
ESQ., and ELLIOT J. HURDY,

Defendants.

---

DAVID A. KAMINSKY & ASSOCIATES, P.C.,
MARTIN G. DOBIN, ESQ. a/k/a JERRY DOBIN,
ESQ. and HOWARD SILVER,

Counterclaimants,

-against-

RHOBAR, INC., RHOBAR DEVELOPMENT
ASSOCIATES, LLC., ACKERLY ASSOCIATES,
LLC., SILVER HUNTINGTON ENTERPRISES,
LLC., and SILVER HUNTINGTON REALTY, LLC.,

Counterdefendants.

---

**PEOPLE:**

　　**PLEASE TAKE NOTICE** that said Plaintiffs and "Counterdefendants", by their

attorneys, McDonough & Artz, P.C., hereby interpose the following reply to and in answer to the

counterclaims and claims of Defendants' and Counterclaimants' Answer:

## COUNTERCLAIMS

1.    Deny the allegations of paragraph (88) of the Answer with Counterclaims.

2.    Deny the allegations of paragraph (89) of the Answer with Counterclaims.

3.    Deny the allegations of paragraph (90) of the Answer with Counterclaims.

4.    Deny the allegations of paragraph (91) of the Answer with Counterclaims.

5.    Deny the allegations of paragraph (92) of the Answer with Counterclaims.

6.    Deny the allegations of paragraph (93) of the Answer with Counterclaims.

7.    Deny the allegations of paragraph (94) of the Answer with Counterclaims.

8.    Deny the allegations of paragraph (95) of the Answer with Counterclaims.

9.    Deny the allegations of paragraph (96) of the Answer with Counterclaims.

10.    Deny the allegations of paragraph (97) of the Answer with Counterclaims.

11.    Deny the allegations of paragraph (98) of the Answer with Counterclaims.

12.    Deny the allegations of paragraph (99) of the Answer with Counterclaims.

13.    Deny the allegations of paragraph (100) of the Answer with Counterclaims.

14.    Deny the allegations of paragraph (101) of the Answer with Counterclaims.


## AS AND FOR A FIRST AFFIRMATIVE DEFENSE TO ALL COUNTERCLAIMS

15.    Plaintiffs and "Counterdefendants" repeat and reallege the allegations of paragrah (1) through paragraph (49) of the Complaint as if fully set forth herein.


## AS AND FOR A SECOND AFFIRMATIVE DEFENSE TO ALL COUNTERCLAIMS

16.    The Counterclaims fail to state a cause of action.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE TO ALL COUNTERCLAIMS

17.   The Counterclaims and Claims alleged in the Answer fail to set forth claims upon which relief may be granted.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE TO ALL COUNTERCLAIMS

18.   The Counterclaims and claims in the Answer are barred by the doctrine of unclean hands.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE TO ALL COUNTERCLAIMS

19.   The Counterclaims are barred by Defendants waiver, through its acts, failures to act and conduct.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE TO ALL COUNTERCLAIMS

20.   Defendants are estopped and barred from making the Counterclaims by its acts, failures to act and conduct.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE TO ALL COUNTERCLAIMS

21.   Defendants have failed in their duty to mitigate damages and, if fact, Defendants have increased any alleged damages by their acts and omissions.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE TO ALL COUNTERCLAIMS

22.   That whatever damages Defendants claim to have sustained, if any, were caused or contributed to by the culpable conduct of the Defendants, including, want of care, negligence and knowing assumption of risk.

23.  If the Defendants are entitled to recover any damages, such recovery must be diminished to the extent and to the degree that the above set forth culpable conduct bears on the total conduct causing the alleged damages.

**WHEREFORE**, the Plaintiffs and "Counterdefendants" demand judgment dismissing the counterclaims and for the relief set forth in Plaintiffs' Complaint, together with costs and disbursements of this action, legal fees, and such other and further relief as this Court deems just and proper.

Dated: August __/__, 2007
      Binghamton, NY

McDonough & Artz, P.C.
By: Curtis B. Gilfillan, Esq., #CG2229
Attorneys for Plaintiffs and
Counterdefendants
89 Court Street, 3rd Floor
Binghamton, NY 13902
(607) 772-6070

TO:   David A. Kaminsky & Associates, P.C.
       Attn: James English, Esq.
       Attorneys for Defendants and Counterclaimants
       325 Broadway, Suite 504
       New York, NY 10007
       (212) 571-1227

Index No.        07 CIV 6100       Year        2007

STATE OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

RHOBAR, INC., RHOBAR DEVELOPMENT ASSOCIATES, LLC, ACKERLY ASSOCIATES, LLC, SILVER HUNTINGTON
ENTERPRISES, LLC, and SILVER HUNTINGTON REALTY, LLC,
                                                        Plaintiffs,

        vs.

HOWARD SILVER, 2 ON THE AISLE, INC., DAVID A. KAMINSKY & ASSOCIATES, P.C., MARTIN G. DOBIN, ESQ. a/k/a JERRY
DOBIN, ESQ., and ELLIOT HURDY,
                                                        Defendants.

DAVID A. KAMINSKY & ASSOCIATES, P.C., MARTIN G. DOBIN, ESQ. a/k/a JERRY DOBIN, ESQ., and HOWARD SILVER,

                                                Counterclaimants,

        vs.

RHOBAR, INC., RHOBAR DEVELOPMENT ASSOCIATES, LLC, ACKERLY ASSOCIATES, LLC, SILVER HUNTINGTON
ENTERPRISES, LLC and SILVER HUNTINGTON REALTY, LLC,
                                                Counterdefendants.

## REPLY AND ANSWER TO THE ANSWER WITH COUNTERCLAIMS

### McDONOUGH & ARTZ, P.C.

Attorneys for        Plaintiffs and Counterdefendants

Post Office Address

P.O. Box 1740
BINGHAMTON, NEW YORK 13902-1740
(607) 772-6070

To:                                    Signature (Rule 130-1.1 a)

Attorney(s) for                        Print name beneath

Service of a copy of the within                                    is hereby admitted

Dated:

                                        Attorney(s) for

PLEASE TAKE NOTICE

☐   NOTICE OF        that the within is a (certified) true copy of a
    ENTRY            entered in the office of the clerk of the within named court on

                    that an Order of which the within is a true copy will be presented for settlement to the Hon.
                                one of the judges of the within named Court,
☐   NOTICE OF        at
    SETTLEMENT       on                              , at            M.

Check Applicable Box

Dated:                                          Yours, etc.,

                                        McDONOUGH & ARTZ, P.C.
                                        Attorneys for

                                            Post Office Address

To                                          P.O. Box 1740