AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RHOBAR, INC., et. al.
v.
HOWARD SILVER, et. al

APPEARANCE

Case Number: _____

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs

RHOBAR, INC., RHOBAR DEVELOPMENT ASSOCIATES, LLC.,
ACKERLY ASSOCIATES, LLC., SILVER HUNTINGTON ENTERPRISES, LLC.,
and SILVER HUNTINGTON REALTY, LLC.

I certify that I am admitted to practice in this court.

6/22/07
Date

Signature: *(signed)*

Curtis B. Gilfillan     CG 2229
Print Name              Bar Number

117 Hawley Street, P.O. Box 1740
Address

Binghamton      NY      13902-1740
City            State   Zip Code

607-772-6070            607-772-0173
Phone Number            Fax Number