## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss
COUNTY OF NEW YORK )

Woodrow Chen, being duly sworn, deposes and says that:

1. I am not a party to this action, am over 18 years of age, and reside in the County of Queens, State of New York.

2. On December 7, 2007, I served the within **AMENDED NOTICE OF APPEARANCE, ANSWER TO COMPLAINT UNDRR THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT WITH AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**, by first-class mail, by depositing true copies thereof, in post-paid sealed wrappers, properly addressed, to the addresses below, in a post office's official depository, under exclusive care and custody of the United States Postal Service within the New York State:

McDONOUGH & ARTZ, P.C.
Attn: Curtis B. Gilfillan, Esq.
Attorneys for Plaintiffs
117 Hawley Street
P. O. Box 1740
Binghamton, NY 13902-1740

CONWAY, FARRELL, CURTIN & KELLY, P.C.
Attorneys for Plaintiffs
48 Wall Street, 20th Floor
New York, NY 10005

_____
WOODROW CHEN

Sworn to before me this
7th Day of December 2007

_____
NOTARY PUBLIC

JAMES ENGLISH
Notary Public, State of New York
No. 02EN6113341
Qualified in Queens County
Commission Expires 07/28/20__