UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RHOBAR, INC., RHOBAR DEVELOPMENT
ASSOCIATES, LLC., ACKERLY ASSOCIATES, LLC.,   07 Civ. 6100 (BSJ) (HBP)
SILVER HUNTINGTON ENTERPRISES, LLC.,
and SILVER HUNTINGTON REALTY, LLC.,

                         Plaintiffs,

   -against-                                    **NOTICE OF MOTION**

HOWARD SILVER, 2 ON THE AISLE, INC.,
DAVID A. KAMINSKY & ASSOCIATES, P.C.,
MARTIN G. DOBIN, ESQ., a/k/a JERRY DOBIN, ESQ.,
and ELLIOT J. HURDY,

                         Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed affirmation of James English, Esq., affirmed on February 29, 2008, and upon the exhibits attached thereto, and the pleadings herein, Defendants HOWARD SILVER, DAVID A. KAMINSKY & ASSOCIATES, P.C., and MARTIN G. DOBIN, ESQ., a/k/a JERRY DOBIN, ESQ. will move this Court, before Judge Henry Pitman, United States Magistrate Judge, for an order pursuant to Rule 6 of the Federal Rules of Civil Procedure granting Defendants leave to amend their Amended Answer to the Complaint, that the Amended Answer be deemed amended as provided herein, and for such other and further relief as may be just and proper.

      **I declare under penalty of perjury that the foregoing is true and correct.**

Dated:  New York, New York
        February 29, 2008

                                                      _____
                                                      By: James English, Esq.
                                                      DAVID A. KAMINSKY & ASSOCIATES, P.C.
                                                      Attorneys for Defendants
                                                      325 Broadway, Suite 504
                                                      New York, New York 10007
                                                      Telephone No.: (212) 571-1227
                                                      Fax Number: (212) 571-7004