UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RHOBAR, INC., RHOBAR DEVELOPMENT
ASSOCIATES, LLC., ACKERLY ASSOCIATES, LLC.,
SILVER HUNTINGTON ENTERPRISES, LLC.,
and SILVER HUNTINGTON REALTY, LLC.,

      Plaintiffs,

  -against-

HOWARD SILVER, 2 ON THE AISLE, INC.,
DAVID A. KAMINSKY & ASSOCIATES, P.C.,
MARTIN G. DOBIN, ESQ., a/k/a JERRY DOBIN, ESQ.
and ELLIOT J. HURDY,

      Defendants.
-------------------------------------------------------X

07 Civ. 6100 (BSJ) (HBP)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
        ) ss
COUNTY OF NEW YORK )

Woodrow Chen, being duly sworn, deposes and says that I have served a copy of the attached NOTICE OF MOTION AND AFFIRMATION IN SUPPORT, WITH SECOND AMENDED NOTICE OF APPEARANCE, ANSWER TO COMPLAINT UNDER THE RACKETEER INFLUENCE AND CORRUPT ORGANIZATIONS ACT WITH AFFIRMATION DEFENSES AND COUNTERCLAIMS upon McDONOUGH & ARTZ, P.C. (Attn: Kevin F. McDonough, Esq.), Attorneys for Plaintiffs, whose address is 117 Hawley Street, P. O. Box 1740, Binghamton, NY 13902-1740 by first-class mail. I have also served a copy of same upon CONWAY, FARRELL, CURTIN & KELLY, P.C., Attorneys for Plaintiffs, whose address is 48 Wall Street, 20th Floor, New York, NY 10005, also by first-class mail.

Dated: New York, New York
    February 29, 2008

          _____
          Woodrow Chen, Paralegal
          DAVID A. KAMINSKY & ASSOCIATES, P.C.
          Attorneys for Defendants
          325 Broadway, Suite 504
          New York, New York 10007
          Telephone No.: (212) 571-1227

Sworn to before me this
29th day of February 2008

_____
NOTARY PUBLIC

MARYA GUREVICH
Notary Public, State of New York
No. 02GU6176284
Qualified in Kings County
Commission Expires 10/29/20__