# Computation of Categories of Damage
## Rhobar, Inc., et al. v. Howard Silver, et al.

A. Usurious Loans

    Principal Balance of Criminally Usurious Loans ..................... $9,183,800.00
    Interest Paid ($1,000,829.00 less permitted 24%) ..................... $<u>760,630.00</u>

**Total Claimed** ......................................................... **$9,944,430.00**

B. Damages caused by delay in closing from 4/2/07 to 6/20/07

    Capmark Monthly: mortgage interest, tax escrow, insurance escrow and RES escrow

        5/1/07: $79,864.00 interest, $32,541.00 taxes, $32,089.00 insurance, $2,467.00 RES
        6/1/07: $82,321.00 interest, $32,541.00 taxes, $32,089.00 insurance, $<u>2,467.00 RES</u>

Total Capmark (2 months): ............................................... $296,379.00

    2 months $296,379.00 = $148,189.00/mo. or $4,940.00/day
    6/1/07 - 6/20/07: 18 days @ $4,940.00 ................................ $<u>88,920.00</u>

Capmark Claimed ........................................................ $385,299.00

Other Mortgages

    Visions Federal ..................................................... $29,488.00/mo.
    Bethpage Federal ....................................................  21,267.00/mo.
    New York Community ..................................................  24,346.00/mo.
    Private Mortgage ....................................................  44,000.00/mo.
    Rhona Silver's Home Mortgage ........................................  38,650.00/mo.
    Taxes ...............................................................  <u>4,882.00/mo.</u>

    Total ............................................................... $162,633.00

Total Other Mortgages (2 months @ $162,633.00): ......................... $325,266.00

    2 months $325,266.00 = $162,633.00/mo. or $5,421.00/day
    6/1/07 - 6/20/07: 18 days @ $5,421.00 ................................ $<u>97,580.00</u>

Other Mortgages Claimed ................................................. $<u>422,846.00</u>

**Total Capmark and Other Mortgages Claimed** ........................... **$808,145.00**

C. Legal Fees to 11/30/07 and continuing

    Howard Silver v. Rhona Silver .................................. $73,772.71
    Elliot Hurdy v. Rhona Silver .................................... $26,635.81
    Rhobar v. Howard Silver (State Court) ............................ $1,790.22
    Rhobar v. Howard Silver (RICO) ................................ $12,363.55

**Total Claimed** .................................................. **$114,562.29**

D. Additional Expenses of delay in closing 4/2/07 - 6/20/07

    Payroll: $4,450/mo. = $8,900.00 + 18 days @ $148.33 ............... $11,570.00
    Utilities: $10,000/mo. = $20,000 + 18 days @ $333.33 .............. $26,000.00
    Repairs (boiler/phone) .......................................... $1,700.00

**Total Claimed** ................................................... **$39,270.00**

E. Interest on Money owed 4/2/07 - 6/20/07
    Customer Deposits: $40,000.00 @ 6% = $2,400.00/yr., $200.00/mo., $6.67/day
    Vendors: $329,499.00 @ 6% = $19,770.00/yr., $1,647.00/mo., $54.92/day
    Personal Loans: $725,004.00 @ 6% = $43,000.00/yr., $3,625.00/mo., $120.83/day
    4/1/07 Campmark mortgage, insurance, taxes and RES payment: $184,865.00 @ 6% =
        $11,092.00/yr., $924.00/mo., $30.81/day
    Party Cost Over Income: $109,314.00 @ 6% = $6,558.84/yr., $5,46.57/mo., $18.22/day
    Summary: $6,943.00/mo. x 2 = $13,886.00 + 18 days @ 231.48 = $4,167.00

**Total Claimed** ................................................... **$18,053.00**

F. Total Computation

    Usurious Loans Interest ($9,944,430.00) .......................... $760,630.00
    Delay Interest, Taxes, Insurance and RES .......................... 808,145.00
    Legal Fees to date ............................................. 114,562.29
    Additional Expenses delay in closing ............................... 39,270.00
    Additional Interest on amounts owed ............................... 18,053.00

    Total ..................................................... $1,740,600.29

**Total Claimed to date ($1,740,660 x 3)** ............................ **$5,221,980.87**