UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHOBAR, INC., RHOBAR DEVELOPMENT
ASSOCIATES, LLC., ACKERLY ASSOCIATES,
LLC., SILVER HUNTINGTON ENTERPRISES,   AFFIDAVIT OF SERVICE
LLC., and SILVER HUNTINGTON REALTY, LLC  BY MAIL

                Plaintiffs,             CASE NO.: 07 CIV 6100

    -against-

HOWARD SILVER, 2 ON THE AISLE, INC.,
DAVID A. KAMINSKY & ASSOCIATES, P.C.,
MARTIN G. DOBIN, ESQ., a/k/a JERRY DOBIN,
ESQ., and ELLIOT J. HURDY,

                Defendants.

DAVID A. KAMINSKY & ASSOCIATES, P.C.,
MARTIN G. DOBIN, ESQ. a/k/a JERRY DOBIN,
ESQ. and HOWARD SILVER,

                Counterclaimants,

    -against-

RHOBAR, INC., RHOBAR DEVELOPMENT
ASSOCIATES, LLC., ACKERLY ASSOCIATES,
LLC., SILVER HUNTINGTON ENTERPRISES,
LLC., and SILVER HUNTINGTON REALTY, LLC.,

                Counterdefendants.

STATE OF NEW YORK  )
                           ) 
COUNTY OF BROOME  )  ss.:

The undersigned being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Binghamton, New York.

That on December 17, 2007, deponent served an **Rule 26(a)(1) Initial Disclosure with an inventory of and copies of computer QuickBook records and computation of categories of damages** in the above referenced matter upon the following attorney at the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository, under the

exclusive care and custody of the United States Postal Service within the State of New York:

> JAMES ENGLISH, Esq.
> David A. Kaminsky & Associates, P.C.
> 325 Broadway, Suite 504
> New York, New York 10007

Caroline K. Lewis

Sworn to before me this
17th day of December, 2007.

_____
Notary Public

KEVIN F. McDONOUGH
Notary Public, State of New York
No. 7821750
Residing in Broome Co.
My commission expires April 30, 2010