UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHOBAR, INC., RHOBAR DEVELOPMENT ASSOCIATES, LLC., ACKERLY ASSOCIATES, LLC., SILVER HUNTINGTON ENTERPRISES, LLC., and SILVER HUNTINGTON REALTY, LLC.,

                Plaintiffs,

-against-

HOWARD SILVER, 2 ON THE AISLE, INC., DAVID A. KAMINSKY & ASSOCIATES, P.C., MARTIN G. DOBIN, ESQ., a/k/a JERRY DOBIN, ESQ., and ELLIOT J. HURDY,

                Defendants.

DAVID A. KAMINSKY & ASSOCIATES, P.C., MARTIN G. DOBIN, ESQ. a/k/a JERRY DOBIN, ESQ. and HOWARD SILVER,

              Counterclaimants,

-against-

RHOBAR, INC., RHOBAR DEVELOPMENT ASSOCIATES, LLC., ACKERLY ASSOCIATES, LLC., SILVER HUNTINGTON ENTERPRISES, LLC., and SILVER HUNTINGTON REALTY, LLC.,

            Counterdefendants.

PLAINTIFF'S RULE 26(a)(2) DISCLOSURE

CASE NO.: 07 CIV 6100

Plaintiffs, for their Rule 26(a)(2) disclosure states as follows:

1.    Plaintiffs intend to call Howard Rittberg, Esq. as an expert witness. Mr. Rittberg is a partner in Levene, Gouldin & Thompson, LLP with offices located at 450 Plaza Drive, P.O. Box F-1706, Binghamton, New York 13902, and will testify in accordance with his annexed report.

Dated: July 2, 2008

                                      Kevin F. McDonough
                                      McDonough & Artz, P.C.
                                      Southern District Bar No.: KM7264

TO: David A. Kaminsky & Associates, P.C.
      Attention: James English, Esq.
      Attorneys for Defendants and Counterclaimants
      325 Broadway, Suite 504
      New York, NY 10007
      (212) 571-1227