**Exhibit B**





| HOME | ABOUT US | NEWS | PRACTICE AREAS | ATTORNEYS | CONTACT US |

## WELCOME

Welcome to the website of David A. Kaminsky & Associates, P.C., located in lower Manhattan, near City Hall and the courthouses, at 325 Broadway, Suite 504.

Our firm has an emphasis in all aspects of **New York real estate law, landlord and tenant rights,** and real estate transactions. We invite you to explore our website to find out more about our **real estate litigation** practice areas, including counsel on New York real estate regulations, HPD, DHCR and Housing Court matters; and **landlord liability claims** such as lead paint, black mold, and inadequate security claims.

If you would like to arrange for a confidential meeting, please **contact us** or call our office at 212-571-1227.

Thanks for stopping by, and we look forward to serving you soon.

---

**February 13, 2008:** David A. Kaminsky participated in the seminar at the City Bar Center for Continuing Legal Education entitled *"Real Estate Litigation: Litigating the Commercial Landlord-Tenant Case."* He was a member of the faculty as a featured expert and panelist and was described as an elite and experienced practitioner in the area of law of commercial landlord-tenant litigation.

SITE HIGHLIGHT



> FOCUS ON **NEWS**

SIGN UP

Enter email address

> JOIN OUR **MAILING LIST**

RELATED PAGES

**HOME**
**CONTACT US**
**DIRECTIONS TO OFFICE**

---

CLIENT RIGHTS    TERMS OF USE    SITE MAP

© 2005 DAVID A. KAMINSKY & ASSOCIATES, PC
325 BROADWAY, SUITE 504, NEW YORK, NY 10007
TEL: 212.571.1227   FAX: 212.571.7004





## PRACTICE AREAS

The firm wishes to offer its services to you in the following capacities:

- **Real Estate Litigation:** landlord and tenant, administrative law, foreclosure, bankruptcy, tax certiorari and other New York State and Federal litigation matters;

- **Real Estate Transactions:** financing, leasing, acquisitions and sales, workouts, single family, condo, co-op, commercial and multifamily properties;

- **Real Estate Counsel:** advice on laws and regulations, landlord's and tenant's rights, HPD, DHCR and Housing Court matters;

- **General Legal Practice:** collections, contract matters, personal injury, matrimonials, business and personal bankruptcy, Chapter 7, Chapter 11 and Chapter 13 Petitions;

- **Business and Corporate Law:** Legal matters including formation of business entities, leases and licenses;

- **Landlord Liability Claims:** we have an interest in accepting lead paint, black mold, inadequate security claims, and other similar landlord liability cases.

- **Lofts:** Assisting landlords and tenants in connection with all loft law issues including coverage by the New York City Loft Law, landlord-tenant litigation, buy-out negotiations, legalization of interim multiple dwellings and similar issues.

**SITE HIGHLIGHT**



> FOCUS ON R.E. TRANSACTIONS

**SIGN UP**

Enter email address 

> JOIN OUR MAILING LIST

**RELATED PAGES**

PRACTICE AREAS
REAL ESTATE LITIGATION
REAL ESTATE TRANSACTIONS
REAL ESTATE COUNSEL
GENERAL LEGAL PRACTICE
BUSINESS AND CORPORATE LAW
LANDLORD LIABILITY CLAIMS
CONTACT US
DIRECTIONS TO OFFICE
RETURN HOME

http://www.davidakaminsky.com/practice_areas.html                    7/2/2008




## About Us

David A. Kaminsky, Esq. has been in private practice since 1985. The firm is composed of Principal Attorney David A. Kaminsky and associates James A. English and Mariya Gurevich and "Of Counsel" Attorneys Ron Kaplan and Jerry Dobin.

David A. Kaminsky & Associates, P.C. is a general practice. The aims and expertise of our firm are wide-ranging, but for the most part are concentrated in real estate litigation and transactional matters.

**HOW DAVID A. KAMINSKY & ASSOCIATES, P.C. WILL HELP YOU, THE CLIENT**

David A. Kaminsky & Associates, P.C. has a wealth of experience in all phases of litigation, including:

- Trial work in Bankruptcy Court, Supreme Court, Civil Court and Housing Court
- Appellate work
- Administrative hearings and appeals for DHCR, HPD, ECB, Criminal Court and Loft Board matters
- Judicial reviews in Supreme Court of administrative determinations (Article 78 proceedings)

There is no real estate forum with which we are not familiar.



SIGN UP

Enter email address 

> JOIN OUR **MAILING LIST**

RELATED PAGES

**ABOUT US**
**MORE ABOUT US**
**CLIENT RIGHTS**
**TERMS OF USE**
**CONTACT US**
**DIRECTIONS TO OFFICE**
**RETURN HOME**

http://www.davidakaminsky.com/about.html          7/2/2008

==Similarly, we have handled transactional matters spanning the entire real estate spectrum==, including residential and commercial leases, office leases, store leases, loft leases, ==sales of co-op apartments, condo apartme==nts, ==commercial properties, and== multi-family residential properties.

The firm maintains office hours from 8:30 A.M. to 7:00 P.M., Monday to Friday, and has voice mail message delivery systems permitting our partners, associates and employees to recover their messages 24 hours a day.

Attorneys and paralegals have mobile phones/pagers, so they are readily accessible in the event of emergency while in court or outside the office. You may also **e-mail** us at any time, and we will respond quickly.

Read more about us.

CLIENT RIGHTS    TERMS OF USE    SITE MAP

© 2005 DAVID A. KAMINSKY & ASSOCIATES, PC
325 BROADWAY, SUITE 504, NEW YORK, NY 10007
TEL: 212.571.1227   FAX: 212.571.7004