USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ROHBAR, INC., et al.,                :

               Plaintiffs,    :    07 Civ. 6100 (BSJ)(HBP)

  -against-                          :    ORDER

HOWARD SILVER, et al.,               :

               Defendants.    :

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       On or about February 29, 2008, defendants Howard Silver, David A. Kaminsky & Associates, P.C. and Martin G. Dobin, Esq. served (but did not file) a notice of motion seeking leave to serve and file an amended answer and counterclaims. To date, no opposition to the motion has been received.

       Accordingly, the motion of Howard Silver, David A. Kaminsky & Associates, P.C. and Martin G. Dobin, Esq. to serve and file an amended answer and counterclaims is granted. Howard Silver, David A. Kaminsky & Associates, P.C. and Martin G. Dobin,

Esq. are directed to serve and file their amended answer and counterclaims no later than September 30, 2008.

Dated:  New York, New York
        September 15, 2008

>                                   SO ORDERED
>
>                                   _____
>                                   HENRY PITMAN
>                                   United States Magistrate Judge

Copies transmitted to:

Kevin F. McDonough, Esq.
McDonough & Artz, P.C.
89 Court Street
Binghamton, New York  13902

Daniel K. McDonough, Esq.
Conway, Farrell, Curtin & Kelly
20th Floor
48 Wall Street
New York, New York  10005

Martin G. Dobin, Esq.
David A. Kaminsky & Associates, P.C.
Suite 504
325 Broadway
New York, New York  10007