```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
RHOBAR, INC., et al.                 :
                                     :
              Plaintiffs,            :
         v.                          :   07 Civ. 6100
                                     :   Order
HOWARD SILVER, et al.                :
                                     :
              Defendants.            :
                                     :
                                     :
------------------------------------ X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Defendants motion for summary judgment is DENIED with leave to replead. The parties are instructed to appear before the Court on Tuesday, August 25th at 10:00 am in Courtroom 17C.

**SO ORDERED:**

*Barbara S. Jones*
Barbara S. Jones
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         August 7 , 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09
```